ROSALIND P. NEWPORT, Plaintiff, v. HARRY M. NEWPORT, Defendant.

Supreme Court, New York County, April 11, 1928.

**Husband and wife — separation — institution of action for separation amounted to repudiation of separation agreement — defendant cannot avail himself of existence of agreement.**

In this action for separation, in which plaintiff asked for and obtained temporary alimony, defendant cannot set up a separation agreement which he concededly failed to perform. The commencement of the separation action amounted to a repudiation of the agreement and an election to rescind the same.

ACTION for separation.

*Walradt & Blaney* [*Charles P. Blaney* of counsel], for the plaintiff.

*Edgar I. Ahrwaler,* for the defendant.

FRANKENTHALER, J. Defendant cannot avail himself of the existence of the separation agreement which he has concededly failed to perform. Plaintiff's institution of this action for a separation in which she asked for and obtained temporary alimony amounted to a repudiation of the agreement and an election to rescind the same. (See *Landes* v. *Landes,* 172 App. Div. 758; *Randolph* v. *Field,* 165 id. 279.)

Judgment will be for plaintiff, with twenty-five dollars per week alimony. Defendant's motions to dismiss the complaint, upon which decision was reserved, are denied, with exceptions. Submit findings.